Shanny J. Lee, Calif. Bar No. 213599
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email: mrlee1066@yahoo.com

Attorney for plaintiff Ervin D. Bonner

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN D. BONNER, | No. CV08-01799 FMO |
| PLAINTIFF, | ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| DEFENDANT. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FIVE THOUSAND TWO HUNDRED DOLLARS and 00/100's ($5,200.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: June 5, 2009

```
              _____/s/_____
              HONORABLE FERNANDO M. OLGUIN
              UNITED STATES MAGISTRATE JUDGE
```

Proposed Order for EAJA fees